Steven M. Rogers (13854)
Nicholas R. Russell (15018)
Rogers & Russell, PLLC
519 W. State Rd., Ste. 103
Pleasant Grove, UT 84062
(801) 899-6064 phone
(801) 210-5388 fax
kacee@roruss.com
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In Re: | Case No. 19-24724 |
|---|---|
| Gregg Sheppard, | Chapter 13 |
| Debtor. | Hon. Kevin R. Anderson |

**ORDER GOVERNING SCHEDULING AND PRELIMINARY MATTERS**

This matter came before the court in a hearing on March 29, 2021 with appearances by Tami Gadd, for the Chapter 13 Trustee, Steven M Rogers for the Debtor, and Tyler Wirick for Selene Finance LP; the following matters are scheduled. Times and deadlines set forth herein may not be modified without the approval of the court on a showing of good cause. Pursuant thereto,

IT IS HEREBY ORDERED that:

1. **Discovery:** Discovery between the between the parties shall close on **Wednesday, November 3, 2021.**

2. **Motion Deadline**: The deadline for filing dispositive or potentially dispositive motions is **Monday, Wednesday, November 24, 2021**.

3. **Facts**: The parties shall file a designation of agreed and contested facts by **Wednesday, December 8, 2022.**

4. **Briefing Schedule**:

    a. Debtor's counsel shall have until **Wednesday, December 22, 2021** to file a brief on their Objection.

    b. Counsel for Selene Finance LP shall have until **Wednesday, January 5, 2022** to file their response brief.

    c. Debtor's counsel shall have until **Wednesday, January 12, 2022** to file their reply brief, which will be limited in scope to the issues presented in Selene Finance LP's responsive brief.

5. **Witnesses and Exhibits:** A final set of exhibits and proposed witnesses shall be filed with the court by **Wednesday, January 26, 2022**.

6. **Final Pretrial Hearing**: A final pretrial hearing shall be held on **Monday, February 28, 2022 at 2:30PM** before the Honorable Kevin R. Anderson, United States Bankruptcy Judge, Room 376, Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah.

1. **Evidentiary Hearing:** The date for the Evidentiary Hearing is to be determined at the Final Pretrial Hearing.

---

END OF DOCUMENT

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GOVERNING SCHEDULING AND PRELIMINARY MATTERS** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Jesse A.P. Baker**    ecfutb@aldridgepite.com, jbaker@aldridgepite.com;JPB@ecf.inforuptcy.com
- **Nathan R. Firouzi**    nfirouzi@fabianvancott.com
- **Lon Jenkins tr**    ecfmail@ch13ut.org, lneebling@ch13ut.org
- **Ryan E. Simpson**    ryanfreelesson@gmail.com, startfreshutahecf@gmail.com;simpsonrr67177@notify.bestcase.com
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov
- **Tyler S. Wirick**    ecfutb@aldridgepite.com, TWirick@ecf.courtdrive.com

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

    NONE

/s/ _____
Alyssa Graff
Paralegal